LAW LIBRARY

NO. 27953

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAY 21 PM 2:15
JEAN R. KKUMATO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I
FILED

CITY BANK, Respondent/Plaintiff/Counterclaim-Defendant/Appellee,

vs.

ARTEMIO MARCOS ABA, INDIVIDUALLY AND AS TRUSTEE OF THE ARTEMIO M.
ABAD REVOCABLE TRUST; GLORIA PASCUA ABAD, INDIVIDUALLY AND AS
TRUSTEE OF THE GLORIA P. ABAD REVOCABLE TRUST; JENNIFER ABAD,
Petitioners/Defendants/Cross-Claim Defendants/Appellants,

and

FINANCE FACTORS, LIMITED,
Respondent/Defendant/Cross-claimant/Counterclaimant/Appellee;

and

DIRECTOR OF BUDGET AND FISCAL SERVICES,
CITY AND COUNTY OF HONOLULU,
Respondents/Defendants/Cross-Claim Defendants/Appellees;

and

FELIX PASCUA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS
1-50; DOE CORPORATIONS, DOE "NON-PROFIT" CORPORATIONS 1-10, and
DOE GOVERNMENTAL UNITS 1-50, Defendants;

and

FINANCE FACTORS, LIMITED, Third-Party Plaintiff-Appellee,

vs.

AMERICAN GENERAL FINANCE, INC., Third-Party Defendant-Appellee,

and

ERLINDA GONZALES and WILSON U. PASCUA, individually and doing
business as HONLAND REALTY, Third-Party Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 01-1-0995)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, J., for the court[1])

Petitioners' application for writ of certiorari filed

on April 14, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, May 21, 2010.

FOR THE COURT:



*Pamela C. Nakayama*
Associate Justice

Gary Victor Dubin and
Frederick J. Arensmeyer of
Dubin Law Offices for
petitioners on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.